**Civil Court Record**
Civil

02-07-2019
03:38 pm

| **Caption** | **Responsible C.O.** | **Case Number** |
|---|---|---|
| Izaac Peterson vs. Artisan and Truckers Casualty Company | Scott J. Nordstrand | 2019CV000001 |

**WCIS Code:** 30301 - Money Judgment

DOC NO
REC'D/FILED
2019 FEB 11 AM 11:36
CLERK US DIST COURT

| **Filing Date/C.O.** | **Disposition Date/C.O.** | **Disposition** | **Next Action** |
|---|---|---|---|
| 01-02-2019<br>Eric J. Lundell | 02-07-2019<br>Scott J. Nordstrand | Change of venue, remove to federal court | |

| **Party Type** | **Name** | **Address** | **City** | **St** | **Zip** | **Attorney** | **Status** |
|---|---|---|---|---|---|---|---|
| Plaintiff | Izaac Peterson | 1830 Dutch Heritage Court | Baldwin | WI | 54002 | Eric Leighton Crandall | AC |
| Defendant | Artisan and Truckers Casualty Company | 8025 Excelsior Drive | Madison | WI | 53717 | Gregory T. Everts<br>Marisa Berlinger | AC |

| **Date** | **Court Record Entries** | **Amount** | **C.O. Court Reporter Tape/Counter Location** |
|---|---|---|---|
| 01-02-2019 | 1 Summons and complaint<br>Filed by Atty Crandall. glg | | |
| 01-02-2019 | Case initiated by electronic filing | | |
| 01-02-2019 | Filing fee paid<br>Adjustment Number: 19A 000011, Payable Number: 201284, Receipt Number: 19R 000042, Amount: $285.50 | 285.50 | |
| 01-04-2019 | Judicial transfer | | Scott J. Nordstrand |
| 01-09-2019 | 3 Notice of assignment of judge | | Scott J. Nordstrand |
| 01-16-2019 | 4 Affidavit of service<br>Summons & Complaint served upon Artisan and Truckers Casualty Company c/o CT Corporation System, by serving Angie Garcia, on 1/9/19. Filed by Atty Crandall. glg | | |
| 01-23-2019 | Return of unclaimed/undelivered mail service<br>for Artisan and Truckers Casualty Company of the NASJ. Per USPS unable to forward. glg | | |
| 01-29-2019 | 6 Notice of retainer<br>for Defendant Artisan and Truckers Casualty Company. Filed by Atty Berlinger. glg | | |
| 01-29-2019 | eFiled Document Fee Paid<br>Adjustment Number: 19A 009358, Payable Number: 202223, Receipt Number: 19R 001463, Amount: $20.00 | 20.00 | |
| 01-29-2019 | 7 Stipulation<br>Stipulation Regarding Correct Time to Answer. Filed by Atty Berlinger. glg | | |
| 01-30-2019 | 8 Notice of retainer<br>filed by Atty Everts on behalf of DE Artisan and Truckers Company. kak | | |
| 02-07-2019 | 9 Amended summons and complaint<br>Filed by Atty Crandall. glg | | |
| 02-07-2019 | 10 Request for substitution<br>Notice of Substitution of Judge. Filed by Atty Crandall. glg to ks on 2/7/19 | | |
| 02-07-2019 | Notice<br>11 Defendant Artisan and Truckers Casualty Company's Notice of Removal to Federal Court. Filed by Atty Everts. glg | | |
| 02-07-2019 | Change of venue, remove to federal court | | Scott J. Nordstrand |
| 02-07-2019 | Certificate of transmittal<br>of Record to Western District of Wisconsin. glg | | |