IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IZAAC PETERSON,

    Plaintiff,

  v.

ARTISAN AND TRUCKERS CASUALTY
COMPANY,

    Defendant.

Case No. 19-cv-102-wmc

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Artisan and Truckers Casualty Company against plaintiff Izaac Peterson dismissing this case.

    <u>s/V. Olmo, Deputy Clerk</u>         <u>6/28/2019</u>
    Peter Oppeneer, Clerk of Court         Date